August 29, 2008

Mr. Thomas B. Alleman
Winstead Sechrest & Minick, P.C.
1201 Elm Street, Suite 5400
Dallas, TX 75270
Mr. Gene F. Creely II
Cozen O'Connor
1221 McKinney, Suite 2900
Houston, TX 77010

RE: Case Number: 07-0639
 Court of Appeals Number:
 Trial Court Number: 06-10727

Style: DON'S BUILDING SUPPLY, INC.
 v.
 ONEBEACON INSURANCE COMPANY, AS ASSIGNEE OF POTOMAC INSURANCE COMPANY
 OF ILLINOIS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles F. Fulbruge |
| |III, Clerk |
| |Mr. Paul E. Ridley |
| |Mr. Don Martinson |